UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **WESLEY L. DOUGLAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:25-cv-02187-ACA-JHE |
| | ) |
| **BARRY HEATH YATES,** | ) |
| | ) |
| **Defendant.** | ) |

### MEMORANDUM OPINION

Plaintiff Wesley L. Douglas filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, alleging violations of his civil rights. (Doc. 1). In January 2026, the magistrate judge entered a report recommending the court dismiss this action pursuant to Federal Rule of Civil Procedure 41(b) based on Mr. Douglas's failure to prosecute his claims. (Doc. 5). Although the magistrate judge advised Mr. Douglas of his right to file written objections within fourteen days, the court has not received any objections.

Mr. Douglas's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. Accordingly, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendations. The court **WILL DISMISS** this action **WITHOUT PREJUDICE** based on Mr. Douglas's failure to prosecute his claims.

The court will enter a separate final order.

**DONE** and **ORDERED** this February 24, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE